FID: 11352005

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Mark Sokolovsky<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:21-cr-224-LY |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mark Sokolovsky ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371 (18 U.S.C. §§ 1030(a)(2)(C) and (a)(4), Conspiracy to Commit Fraud and Related Activity in Connection with Computers
Count 2: 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud
Count 3: 18 U.S.C. § 1956(h), Conspiracy to Commit Money Laundering
Count 4: 18 U.S.C. § 1028A, Aggravated Identity Theft

Date: 11/02/2021

*Issuing officer's signature*

City and state: Austin, Texas

Ka Kin Cheng, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/2/2021 , and the person was arrested on *(date)* 02/8/2024
at *(city and state)* Austin TX .

Date: 02/09/2024

*Arresting officer's signature*

D. Zamora  DUSM
*Printed name and title*